**SHA-1 Hash:** 8311B37D62F275626041FCFD30D847EE1EC4E5F8   **Title** X-Art Siterip #65
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.0.185.126 | 10/12/2012 00:10 | Orange | NJ | Comcast Cable | BitTorrent |
| 2 | 68.37.18.143 | 10/12/2012 15:54 | Jersey City | NJ | Comcast Cable | BitTorrent |
| 3 | 69.248.57.15 | 10/13/2012 07:40 | Linden | NJ | Comcast Cable | BitTorrent |
| 4 | 71.226.206.66 | 09/30/2012 11:15 | Woodbury | NJ | Comcast Cable | BitTorrent |
| 5 | 76.117.124.250 | 10/21/2012 14:37 | Union | NJ | Comcast Cable | BitTorrent |
| 6 | 24.45.101.122 | 10/06/2012 00:38 | Edison | NJ | Optimum Online | BitTorrent |
| 7 | 69.112.75.117 | 10/02/2012 08:22 | Haledon | NJ | Optimum Online | BitTorrent |
| 8 | 74.90.84.52 | 10/14/2012 03:12 | Hackensack | NJ | Optimum Online | BitTorrent |
| 9 | 108.35.5.144 | 10/10/2012 22:59 | Jersey City | NJ | Verizon FiOS | BitTorrent |
| 10 | 173.54.55.181 | 10/14/2012 19:48 | Morristown | NJ | Verizon FiOS | BitTorrent |
| 11 | 173.63.229.210 | 10/13/2012 13:42 | Maywood | NJ | Verizon FiOS | BitTorrent |
| 12 | 108.35.3.235 | 10/01/2012 19:40 | Jersey City | NJ | Verizon Internet Services | BitTorrent |

EXHIBIT A

CNJ28