Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

          Plaintiff,

v.

JOHN DOES 1-12,

          Defendants.

Civil Action No. 3:12-cv-06948-MAS-LHG

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE 9 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 9 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 9 was assigned the IP Address 108.35.5.144. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 9 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: April 1, 2013

          Respectfully submitted,

          By: ___/s/ *Patrick J. Cerillo*___

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
Attorney At Law
4 Walter Foran Boulevard, Suite 402
Flemington, NJ 08822
Phone: 908-284-0997
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

So Ordered this _2nd_ day
of _April_, 20_13_