Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOES 1-12,<br><br>　　　　Defendants. | Case No. 3:12-cv-06948-MAS-LHG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE OF JOHN DOES 1, 3, 4, 5, 6, 7, 8, AND 11**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 3, 4, 5, 6, 7, 8, and 11 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 24.0.185.126, 69.248.57.15, 71.226.206.66, 76.117.124.250, 24.45.101.122, 69.112.75.117, 74.90.84.52, and 173.63.229.210, respectively. Plaintiff received the names and identifying information of the Defendants in this case and is unable to coordinate

service of process to properly serve these Defendants prior to the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Providers and will re-file and serve each Doe Defendant if it deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 12, 2013

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

So Ordered this 15th day of April, 2013

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Patrick J. Cerillo*

2